NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEACERO S.A.P.I. DE C.V., DEACERO USA, INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, REBAR TRADE ACTION COALITION,**
*Defendants-Appellees*

---

2022-1486

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03924-JAR, Senior Judge Jane A. Restani.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint status report, ECF No. 16, and Deacero S.A.P.I. de C.V. and Deacero USA, Inc.'s consented to motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, ECF No. 17,

2                                        DEACERO S.A.P.I. DE C.V. v. US

IT IS ORDERED THAT:

(1) ECF No. 17 is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

June 7, 2023                              /s/ Jarrett B. Perlow
    Date                                  Jarrett B. Perlow
                                          Acting Clerk of Court

ISSUED AS A MANDATE:  June 7, 2023